David R. Johanson (SBN 164141)
HAWKINS PARNELL THACKSTON & YOUNG LLP
1776 Second Street
Napa, California 94559
Telephone: (707) 299-2470
Facsimile: (707) 581-1704
djohanson@hptylaw.com

Attorneys for Defendants,
TEACHERS INSURANCE ANNUITY ASSOCIATION
OF AMERICA, PRINCETON UNIVERSITY MONTHLY
EMPLOYEES RETIREMENT PLAN, PRINCETON
UNIVERSITY RETIREMENT SAVINGS PLAN AND
THE TRUSTEES OF PRINCETON UNIVERSITY

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# SACRAMENTO DIVISION

| | |
|---|---|
| LESLIE WEATHERWAX, | Case No.: 2:17-cv-01050-MCE-KJN |
| Plaintiff, | **JOINT STIPULATION FOR EXTENSION OF TIME FOR DEFENDANTS TO RESPOND TO FIRST AMENDED COMPLAINT AND FOR PARTIES TO MEET AND CONFER REGARDING A DISCOVERY PLAN; ORDER** |
| v. | |
| TEACHERS INSURANCE ANNUITY ASSOCIATION OF AMERICA F/K/A TEACHERS INSURANCE ANNUITY ASSOCIATION AND COLLEGE RETIREMENT EQUITY FUND, PRINCETON UNIVERSITY MONTHLY EMPLOYEES RETIREMENT PLAN, PRINCETON UNIVERSITY RETIREMENT SAVINGS PLAN, AND TRUSTEES OF PRINCETON UNIVERSITY A/K/A PRINCETON BENEFITS COMMITTEE, | |
| Defendants | |

Defendants, Teachers Insurance Annuity Association Of America F/K/A Teachers Insurance Annuity Association And College Retirement Equity Fund, Princeton University Monthly Employees Retirement Plan, Princeton University Retirement Savings Plan, And Trustees Of Princeton University A/K/A Princeton Benefits Committee (hereinafter, collectively, "Defendants") and Plaintiff Leslie Weatherwax hereby stipulate and agree to an extension of time for Defendants

to respond to the First Amended Complaint and for an extension of the deadlines contained within this Court's May 18, 2017, Initial Pretrial Scheduling Order (this "Joint Stipulation"). Plaintiff and Defendants are in the process of memorializing settlement terms in a settlement agreement and mutual general release. Defendants are presently required to respond to the First Amended Complaint no later than August 4, 2017. [Dkt. 13.] Furthermore, Plaintiff and Defendants are required to meet and confer concerning a discovery plan on or before August 28, 2017. Plaintiff and Defendants stipulate to and request a twenty-eight day extension for both deadlines, to Friday, September 1, 2017, to respond to the First Amended Complaint, and to September 25, 2017, for Plaintiff and Defendants to meet and confer concerning a discovery plan.

      WHEREFORE, Defendants, with the consent of Plaintiff, respectfully request this Court to grant to Defendants a twenty-eight day extension to Friday, September 1, 2017, in which to file their responsive pleading(s) to the First Amended Complaint, and until September 25, 2017, for Plaintiff and Defendants to meet and confer concerning a discovery plan.

Dated: August 9, 2017                              Respectfully submitted,

                                                      HAWKINS PARNELL
                                                      THACKSTON & YOUNG LLP

                                      By:    /s/ David R. Johanson
                                                  David R. Johanson
                                                  Its: Partner
                                                  1776 Second Street
                                                  Napa, California 94559
                                                  Telephone: (707) 299-2470
                                                  Facsimile: (707) 581-1704

                                                  *Attorneys for Defendants*
                                                  *Teachers Insurance Annuity Association of America, Princeton University Monthly Employees Retirement Plan, Princeton University Retirement Savings Plan, and The Trustees of Princeton University*

**DOWNEY BRAND, LLP**

By: /s/ Tyson Ellery Hubbard
Tyson Ellery Hubbard
Annie S. Amaral
Karina R. Stanhope
621 Capitol Mall
Eighteenth Floor
Sacramento, CA 95814-4686
916-520-5216
Fax: 916-520-5616
Email: thubbard@downeybrand.com
aamaral@downeybrand.com
kstanhope@downeybrand.com

*Attorneys for Plaintiff Leslie Weatherwax*

**ORDER**

Pursuant to the stipulation of the parties, and good cause having been shown, Defendants' request for a twenty-eight day extension to Friday, September 1, 2017, in which to file their responsive pleading(s) to the First Amended Complaint, and until September 25, 2017, for Plaintiff and Defendants to meet and confer concerning a discovery plan is GRANTED.

**IT IS SO ORDERED.**

Dated: August 10, 2017

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE