David R. Johanson (SBN 164141)
HAWKINS PARNELL THACKSTON & YOUNG LLP
1776 Second Street
Napa, California 94559
Telephone: (707) 299-2470
Facsimile: (707) 581-1704
djohanson@hptylaw.com

Attorneys for Defendants,
TEACHERS INSURANCE ANNUITY ASSOCIATION
OF AMERICA, PRINCETON UNIVERSITY MONTHLY
EMPLOYEES RETIREMENT PLAN, PRINCETON
UNIVERSITY RETIREMENT SAVINGS PLAN AND
THE TRUSTEES OF PRINCETON UNIVERSITY

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA
### SACRAMENTO DIVISION

| | |
|---|---|
| LESLIE WEATHERWAX,<br><br>    Plaintiff,<br><br>v.<br><br>TEACHERS INSURANCE ANNUITY ASSOCIATION OF AMERICA F/K/A TEACHERS INSURANCE ANNUITY ASSOCIATION AND COLLEGE RETIREMENT EQUITY FUND, PRINCETON UNIVERSITY MONTHLY EMPLOYEES RETIREMENT PLAN, PRINCETON UNIVERSITY RETIREMENT SAVINGS PLAN, AND TRUSTEES OF PRINCETON UNIVERSITY A/K/A PRINCETON BENEFITS COMMITTEE,<br><br>    Defendants | Case No.: 2:17-cv-01050-MCE-KJN<br><br>**JOINT STIPULATION FOR EXTENSION OF TIME FOR DEFENDANTS TO RESPOND TO FIRST AMENDED COMPLAINT AND FOR PARTIES TO MEET AND CONFER REGARDING A DISCOVERY PLAN; ORDER** |

    Defendants, Teachers Insurance Annuity Association Of America F/K/A Teachers Insurance Annuity Association And College Retirement Equity Fund, Princeton University Monthly Employees Retirement Plan, Princeton University Retirement Savings Plan, And Trustees Of Princeton University A/K/A Princeton Benefits Committee (hereinafter, collectively, "Defendants") and Plaintiff Leslie Weatherwax hereby stipulate and agree to an additional extension of time for

Defendants to respond to the First Amended Complaint and for an extension of the deadlines contained within this Court's May 18, 2017, Initial Pretrial Scheduling Order, as modified by this Court's August 10, 2017 Order (this "Joint Stipulation"). Plaintiff and Defendants are in the process of memorializing settlement terms in a settlement agreement and general release. Defendants are in the process of finalizing the proposed settlement agreement and Plaintiff is in the process of consulting with her financial advisors. Defendants are presently required to respond to the First Amended Complaint no later than September 1, 2017. [Dkt. 17.] Furthermore, Plaintiff and Defendants are required to meet and confer concerning a discovery plan on or before Monday, September 25, 2017. [*Id.*] Plaintiff and Defendants stipulate to and request a fourteen day extension for both deadlines, to Friday, September 15, 2017, to respond to the First Amended Complaint, and to Monday, October 9, 2017, for Plaintiff and Defendants to meet and confer concerning a discovery plan.

WHEREFORE, Defendants, with the consent of Plaintiff, respectfully request this Court to grant to Defendants a fourteen day extension to Friday, September 15, 2017, in which to file their responsive pleading(s) to the First Amended Complaint, and until Monday, October 9, 2017, for Plaintiff and Defendants to meet and confer concerning a discovery plan.

Dated: August 30, 2017                     Respectfully submitted,

                                                  **HAWKINS PARNELL**
                                                  **THACKSTON & YOUNG LLP**

                                  By:    /s/ David R. Johanson
                                           David R. Johanson
                                           1776 Second Street
                                           Napa, California  94559
                                           Telephone: (707) 299-2470
                                           Facsimile: (707) 581-1704

                                           *Attorneys for Defendants*
                                           *Teachers Insurance Annuity Association of America, Princeton University Monthly Employees Retirement Plan, Princeton University Retirement Savings Plan, and The Trustees of Princeton University*

DOWNEY BRAND, LLP

By: /s/ Tyson Ellery Hubbard
Tyson Ellery Hubbard
Annie S. Amaral
Karina R. Stanhope
621 Capitol Mall
Eighteenth Floor
Sacramento, CA 95814-4686
916-520-5216
Fax: 916-520-5616
Email: thubbard@downeybrand.com
aamaral@downeybrand.com
kstanhope@downeybrand.com

*Attorneys for Plaintiff Leslie Weatherwax*

## ORDER

Pursuant to the stipulation of the parties, and good cause having been shown, Defendants' request for a fourteen day extension to Friday, September 15, 2017, in which to file their responsive pleading(s) to the First Amended Complaint, and until Monday, October 9, 2017, for Plaintiff and Defendants to meet and confer concerning a discovery plan is GRANTED.

IT IS SO ORDERED.

Dated: August 31, 2017

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE