David R. Johanson (SBN 164141)
HAWKINS PARNELL THACKSTON & YOUNG LLP
1776 Second Street
Napa, California 94559
Telephone: (707) 299-2470
Facsimile: (707) 581-1704
djohanson@hptylaw.com

Attorneys for Defendants,
TEACHERS INSURANCE ANNUITY ASSOCIATION
OF AMERICA, PRINCETON UNIVERSITY MONTHLY
EMPLOYEES RETIREMENT PLAN, PRINCETON
UNIVERSITY RETIREMENT SAVINGS PLAN AND
THE TRUSTEES OF PRINCETON UNIVERSITY

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# SACRAMENTO DIVISION

| | |
|---|---|
| LESLIE WEATHERWAX, | Case No.: 2:17-cv-01050-MCE-KJN |
| Plaintiff, | **JOINT STIPULATION FOR EXTENSION OF TIME FOR DEFENDANTS TO RESPOND TO FIRST AMENDED COMPLAINT AND FOR PARTIES TO MEET AND CONFER REGARDING A DISCOVERY PLAN; ORDER** |
| v. | |
| TEACHERS INSURANCE ANNUITY ASSOCIATION OF AMERICA F/K/A TEACHERS INSURANCE ANNUITY ASSOCIATION AND COLLEGE RETIREMENT EQUITY FUND, PRINCETON UNIVERSITY MONTHLY EMPLOYEES RETIREMENT PLAN, PRINCETON UNIVERSITY RETIREMENT SAVINGS PLAN, AND TRUSTEES OF PRINCETON UNIVERSITY A/K/A PRINCETON BENEFITS COMMITTEE, | |
| Defendants | |

Defendants, Teachers Insurance Annuity Association Of America F/K/A Teachers Insurance Annuity Association And College Retirement Equity Fund, Princeton University Monthly Employees Retirement Plan, Princeton University Retirement Savings Plan, And Trustees Of Princeton University A/K/A Princeton Benefits Committee (hereinafter, collectively, "Defendants") and Plaintiff Leslie Weatherwax hereby stipulate and agree to an additional extension of time for

1
**JOINT STIPULATION FOR EXTENSION OF TIME FOR
DEFENDANTS TO RESPOND TO FIRST AMENDED COMPLAINT AND
MEET AND CONFER REGARDING DISCOVERY PLAN; ORDER**

Defendants to respond to the First Amended Complaint and for an extension of the deadlines contained within this Court's May 18, 2017, Initial Pretrial Scheduling Order, as modified by this Court's September 1, 2017 Order (this "Joint Stipulation"). Plaintiff and Defendants are in the process of memorializing settlement terms in a settlement agreement and general release. Defendants are in the process of finalizing the proposed settlement agreement. Defendants are presently required to respond to the First Amended Complaint no later than September 15, 2017. [Dkt. 19.] Furthermore, Plaintiff and Defendants are required to meet and confer concerning a discovery plan on or before Monday, October 9, 2017. [*Id.*] Plaintiff and Defendants stipulate to and request a one month extension for both deadlines, to Friday, October 13, 2017, to respond to the First Amended Complaint, and to Monday, November 6, 2017, for Plaintiff and Defendants to meet and confer concerning a discovery plan.

WHEREFORE, Defendants, with the consent of Plaintiff, respectfully request this Court to grant to Defendants a one month extension to Friday, October 13, 2017, in which to file their responsive pleading(s) to the First Amended Complaint, and until Monday, November 6, 2017, for Plaintiff and Defendants to meet and confer concerning a discovery plan.

Dated: September 15, 2017

Respectfully submitted,

**HAWKINS PARNELL THACKSTON & YOUNG LLP**

By: /s/ David R. Johanson
David R. Johanson
1776 Second Street
Napa, California 94559
Telephone: (707) 299-2470
Facsimile: (707) 581-1704

*Attorneys for Defendants*
*Teachers Insurance Annuity Association of America, Princeton University Monthly Employees Retirement Plan, Princeton University Retirement Savings Plan, and The Trustees of Princeton University*

2
**JOINT STIPULATION FOR EXTENSION OF TIME FOR DEFENDANTS TO RESPOND TO FIRST AMENDED COMPLAINT AND MEET AND CONFER REGARDING DISCOVERY PLAN; ORDER**

DOWNEY BRAND, LLP

By: /s/ Tyson Ellery Hubbard
Tyson Ellery Hubbard
Annie S. Amaral
Karina R. Stanhope
621 Capitol Mall
Eighteenth Floor
Sacramento, CA 95814-4686
916-520-5216
Fax: 916-520-5616
Email: thubbard@downeybrand.com
aamaral@downeybrand.com
kstanhope@downeybrand.com

*Attorneys for Plaintiff Leslie Weatherwax*

## ORDER

Pursuant to the stipulation of the parties, and good cause having been shown, Defendants' request for a one month extension to Friday, October 13, 2017, in which to file their responsive pleading(s) to the First Amended Complaint, and until Monday, November 6, 2017, for Plaintiff and Defendants to meet and confer concerning a discovery plan is GRANTED.

IT IS SO ORDERED.

Dated: September 18, 2017

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE