David R. Johanson (SBN 164141)
HAWKINS PARNELL THACKSTON & YOUNG LLP
1776 Second Street
Napa, California 94559
Telephone: (707) 299-2470
Facsimile: (707) 581-1704
djohanson@hptylaw.com

Attorneys for Defendants,
TEACHERS INSURANCE ANNUITY ASSOCIATION
OF AMERICA, PRINCETON UNIVERSITY MONTHLY
EMPLOYEES RETIREMENT PLAN, PRINCETON
UNIVERSITY RETIREMENT SAVINGS PLAN AND
THE TRUSTEES OF PRINCETON UNIVERSITY

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA
### SACRAMENTO DIVISION

| | |
|---|---|
| LESLIE WEATHERWAX, <br><br> Plaintiff, <br><br> v. <br><br> TEACHERS INSURANCE ANNUITY ASSOCIATION OF AMERICA F/K/A TEACHERS INSURANCE ANNUITY ASSOCIATION AND COLLEGE RETIREMENT EQUITY FUND, PRINCETON UNIVERSITY MONTHLY EMPLOYEES RETIREMENT PLAN, PRINCETON UNIVERSITY RETIREMENT SAVINGS PLAN, AND TRUSTEES OF PRINCETON UNIVERSITY A/K/A PRINCETON BENEFITS COMMITTEE, <br><br> Defendants | Case No.: 2:17-cv-01050-MCE-KJN <br><br> **JOINT STIPULATION FOR EXTENSION OF TIME FOR DEFENDANTS TO RESPOND TO FIRST AMENDED COMPLAINT AND FOR PARTIES TO MEET AND CONFER REGARDING A DISCOVERY PLAN; ORDER** |

Defendants, Teachers Insurance Annuity Association Of America F/K/A Teachers Insurance Annuity Association And College Retirement Equity Fund, Princeton University Monthly Employees Retirement Plan, Princeton University Retirement Savings Plan, And Trustees Of Princeton University A/K/A Princeton Benefits Committee (hereinafter, collectively, "Defendants")

1
**JOINT STIPULATION FOR EXTENSION OF TIME FOR
DEFENDANTS TO RESPOND TO FIRST AMENDED COMPLAINT AND
MEET AND CONFER REGARDING DISCOVERY PLAN; ORDER**

and Plaintiff Leslie Weatherwax hereby stipulate and agree to an additional extension of time for Defendants to respond to the First Amended Complaint and for an extension of the deadlines contained within this Court's May 18, 2017, Initial Pretrial Scheduling Order [Dkt. 4], as modified by this Court's October 18, 2017 Order [Dkt. 23] (this "Joint Stipulation").

Plaintiff and Defendants are in the process of memorializing settlement terms in a settlement agreement and general release, have exchanged drafts of same, and have essentially agreed upon its terms. There is a an additional issue that needs to be resolved. The parties do not foresee any complications in finalizing their settlement.

Defendants are presently required to respond to the First Amended Complaint no later than November 13, 2017. [Dkt. 23.] Furthermore, Plaintiff and Defendants are required to meet and confer concerning a discovery plan on or before December 6, 2017. [*Id*.] Plaintiff and Defendants stipulate to and request a one-month extension for both deadlines, to December 13, 2017, to respond to the First Amended Complaint, and to Monday, January 8, 2018, for Plaintiff and Defendants to meet and confer concerning a discovery plan.

WHEREFORE, Defendants, with the consent of Plaintiff, respectfully request this Court to grant to Defendants a one-month extension to December 13, 2017, in which to file their responsive pleading(s) to the First Amended Complaint, and until Monday, January 8, 2018, for Plaintiff and Defendants to meet and confer concerning a discovery plan.

Dated: November 13, 2017                                  Respectfully submitted,

                                                    **HAWKINS PARNELL**
                                                    **THACKSTON & YOUNG LLP**

By:   /s/ David R. Johanson
        David R. Johanson
        1776 Second Street
        Napa, California 94559
        Telephone: (707) 299-2470
        Facsimile: (707) 581-1704

*Attorneys for Defendants*

DOWNEY BRAND, LLP

By: /s/ Annie S. Amaral
Annie S. Amaral
Tyson Ellery Hubbard
Karina R. Stanhope
621 Capitol Mall
Eighteenth Floor
Sacramento, CA 95814-4686
916-520-5216
Fax: 916-520-5616
Email: thubbard@downeybrand.com
aamaral@downeybrand.com
kstanhope@downeybrand.com

*Attorneys for Plaintiff*

## ORDER

Pursuant to the stipulation of the parties, and good cause having been shown, Defendants' request for a one-month extension to December 13, 2017, in which to file their responsive pleading(s) to the First Amended Complaint, and until Monday, January 8, 2018, for Plaintiff and Defendants to meet and confer concerning a discovery plan is GRANTED.

IT IS SO ORDERED.

Dated: November 27, 2017

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

---

3
**JOINT STIPULATION FOR EXTENSION OF TIME FOR
DEFENDANTS TO RESPOND TO FIRST AMENDED COMPLAINT AND
MEET AND CONFER REGARDING DISCOVERY PLAN; ORDER**